FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 23 AM 9: 38

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARUBENI AMERICA CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| and ) | |
| ) | |
| AMERICAN STEAMSHIP OWNERS MUTUAL ) | |
| PROTECTION AND INDEMNITY ) | |
| ASSOCIATION, INC. ) | |
| ) | |
| Intervening Plaintiff, ) | Civil Action No. 4:06cv245 |
| ) | |
| and ) | |
| ) | |
| O.E. Durant, Inc., ) | |
| ) | |
| Intervening Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| ALUMINIO BRASILIERO S.A., ) | |
| ) | |
| Intervening Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| WHILEMSEN MARITIME SERVICES AS ) | |
| ) | |
| Intervening Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| M/V TRINITY SIERRA, her engines, tackle and ) | |
| Boilers, etc. <u>in rem</u>, ) | |
| NAVSHIP MARITIME CO., LTD., <u>in personam</u>, ) | |
| And THESARCO SHIPPING S.A., <u>in personam</u>, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Motion of Intervening Plaintiff, American Steamship Mutual Protection & Indemnity Association, Inc. (hereinafter "the American Club") as the party that assumed the responsibility for the arrest of the M/V Trinity Sierra having reached a settlement with all defendants,

IT IS ORDERED that the vessel M/V Trinity Sierra be released from the arrest of Intervening Plaintiff, the American Club and all other parties.

SO ORDERED this 23 day of April, 2007.

_____
U.S. DISTRICT JUDGE

Prepared by:

_____
Fred S. Clark
CLARK and CLARK
Attorney for Defendants'
P. O. Box 8151
Savannah, GA 31412
Tel: 912-233-0300
Fax: 912-233-9110